UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB 2 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| SHANNON LONEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-205 (RJL) |
| | ) |
| DEWAYNE MCGOWEN, et al., | ) |
| | ) |
| Defendants. | ) |

### FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this date, it is, this 23rd day of February 2006, hereby

**ORDERED** that [#9] defendant's motion to dismiss is GRANTED; and it is further

**ORDERED** that judgment is entered in favor of the defendants, and the case is dismissed.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge