UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

FEB 27 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SHANNON LONEY, )
)
      Plaintiff, )
)
v. ) Civ. No. 05-205 (RJL)
)
)
DEWAYNE MCGOWEN, et al., )
)
      Defendants. )

## FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this date, it is, this 23rd day of February 2006, hereby

**ORDERED** that [#9] defendant's motion to dismiss is GRANTED; and it is further

**ORDERED** that judgment is entered in favor of the defendants, and the case is dismissed.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge

